In the Matter of the Estate of OSWALD JORDAN, Deceased. VICTOR JORDAN, Appellant; LENNA SUSANNAH JORDAN, Respondent.

Decided May 8, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of JERRY LINEBERGER, Appellant, v NORMAN BEZIO, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Decided May 8, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of PAUL S. et al., as Persons Having Placement of COLLEEN Y. and Others, Respondents, v RITA S. et al., Appellants. (And Five Related Proceedings.) (Appeal No. 2.)

Decided May 8, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceedings within the meaning of the Constitution.